**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,      :    16 CR. 500 (RMB)

    - against -      :    **ORDER**

JESUS RIVERA,

                Defendant.
------------------------------------------------------------x

The pretrial conference scheduled for Wednesday, May 3, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: April 26, 2023
       New York, NY

                                  RICHARD M. BERMAN
                                  U.S.D.J.