**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Government,             16 CR. 500 (RMB)

      - against -                          **ORDER**

JESUS RIVERA,

                      Defendant.

------------------------------------------------------------x

The pretrial conference scheduled for Tuesday, June 13, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: June 7, 2023
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.