**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,   :   16 CR. 500 (RMB)
                                             :
    - against -                           :   **ORDER**
                                             :
JESUS RIVERA,                                :
                                             :
                Defendant.    :
------------------------------------------------------------x

        The pretrial conference scheduled for Tuesday, September 12, 2023 at 1:00 P.M. will take place in Courtroom 17B.

Dated: September 6, 2023
       New York, NY

                                                                    RICHARD M. BERMAN
                                                                       U.S.D.J.