**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,   :   16 CR. 500 (RMB)
                                          :
      - against -                       :   **ORDER**
                                          :
JESUS RIVERA,                             :
                                          :
                Defendant.    :
-----------------------------------------------------------------x

The pretrial conference scheduled for Tuesday, October 10, 2023 at 12:30 P.M. will take place in Courtroom 17B.

Dated: October 4, 2023
       New York, NY

                                              */s/ Richard M. Berman*
                                              RICHARD M. BERMAN
                                                      U.S.D.J.