**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                Government,    :     16 CR. 500 (RMB)
                                               :
     - against -                              :     **ORDER**
                                               :
JESUS RIVERA,                                  :
                                               :
                Defendant.     :
---------------------------------------------------------------x

The plea scheduled for Tuesday, October 17, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: October 11, 2023
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.