**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,                    16 CR. 500 (RMB)

    - against -                      **ORDER**

JESUS RIVERA,

                Defendant.
------------------------------------------------------------x

The plea scheduled for Tuesday, October 24, 2023 at 9:30 A.M. will take place in Courtroom 17B.

Dated: October 18, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.