

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 15, 2024

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jesus Rivera*, 16 Cr. 500 (RMB)

Dear Judge Berman:

    I am leaving the United States Attorney's Office for other employment. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in this case.

    Thank you very much for the Court's consideration.

The Clerk's Office is respectfully requested to terminate the appearance of David Abramowicz from this case.

SO ORDERED:
Date: 2/15/24
*Richard M. Berman, U.S.D.J.*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
David Abramowicz
Assistant United States Attorney
(212) 637-6525

cc:    Counsel of record (by ECF)