**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                           :
                    Government,         :         16 CR. 500 (RMB)
                                                                           :
      - against -                                 :         **ORDER**
                                                                           :
                                                                           :
JESUS RIVERA,                                       :
                                                                           :
                    Defendant.            :
-------------------------------------------------------------x

        The sentencing scheduled for Tuesday, July 9, 2024 at 2:30 P.M. will take place in Courtroom 17B.

Dated: June 26, 2024
       New York, NY

                                                *Richard M. Berman*
                                                RICHARD M. BERMAN
                                                      U.S.D.J.